# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| United States of America<br>v.<br>NOE SALGADO BRAVO<br>*Defendant* | )<br>)<br>) Case No. 25-MJ-04147<br>)<br>) |

FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2025
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 07/07/2025

Noe Salgado
*Defendant's signature*

*Signature of defendant's attorney*

I have translated this Waiver of Preliminary Hearing to the defendant in the  SPANISH  language.

Date: 07/07/2025

*Signature of Interpreter*

CR-110 (06/12)                Waiver of a Preliminary Hearing