JS-3

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>NOE SALGADO VACILIO,<br><br>              Defendant. | No. 2:25-MJ-04147<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a)** |

    The government has moved to dismiss the complaint in this matter without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).  Defendant opposes the motion in part to the extent that it seeks dismissal without prejudice rather than with prejudice.  Having considered the parties' briefs and evaluated the government's stated reasons for seeking dismissal, the court grants the motion to dismiss.  *See United States v. Garcia-Valenzuela,* 232 F. 3d 1003, 1008 (9th Cir. 2000); *United States v. Gonzalez,* 58 F. 3d 459, 461 (9th Cir. 1995). The complaint is ordered dismissed without prejudice.  Defendant's bond is exonerated and any terms or conditions of pretrial release are terminated.

    IT IS SO ORDERED.

August 6, 2025
DATE

STEVE KIM
UNITED STATES MAGISTRATE JUDGE